**Dismiss and Opinion Filed July 12, 2013**



In The
**Court of Appeals
Fifth District of Texas at Dallas**

**No. 05-12-01611-CV**

**ERIC P. CASTILLO, Appellant**
**V.**
**MELISSA A. CASTILLO, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-50731-2010**

**MEMORANDUM OPINION**

Before Justices O'Neill, Francis, and Fillmore
Opinion by Justice Francis

Appellant's brief in this case is overdue. By postcard dated March 5, 2013, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of his brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

121611F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ERIC P. CASTILLO, Appellant

No. 05-12-01611-CV     V.

MELISSA A. CASTILLO, Appellee

On Appeal from the 429th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 429-50731-2010.
Opinion delivered by Justice Francis.
Justices O'Neill and Fillmore participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee MELISSA A. CASTILLO recover her costs of this appeal from appellant ERIC P. CASTILLO.

Judgment entered July 12, 2013

/Molly Francis/

MOLLY FRANCIS
JUSTICE

–3–